UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

No. 25-2935

HAYDEN HOLDINGS, LTD

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY,
Appellant

---

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2:24-cv-02204)
District Judge: Honorable Mia R. Perez

Submitted Under Third Circuit L.A.R. 34.1(a)
September 15, 2026

Before: HARDIMAN, BIBAS, and RENDELL, *Circuit Judges*.

---

JUDGMENT

---

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted on September 15, 2026. On consideration whereof, it is now hereby

**ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered on September 4, 2025, is hereby **AFFIRMED**. All in accordance with the Opinion of this Court.

Costs shall be taxed against appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: September 17, 2026